Richard McKnight, Esq.
Nevada Bar No. 001313
THE MCKNIGHT LAW FIRM, PLLC
528 S. Casino Center Blvd., #335
Las Vegas, Nevada 89101
rmcknight@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-4393
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANK A. ROMANO and MARIA ROMANO,<br><br>Plaintiffs,<br><br>vs.<br><br>RUDOLPH LAVECCHIA; DIANNE MARIE LAVECCHIA (nka DIANNE MARIE OAKES); RUDOLPH M. LAVECCHIA; BETH AMANDA LAVECCHIA; ARLINE OAKES,<br><br>Defendants. | Case No. CV-S-98-1326-KJD(RJJ)<br><br><br>Date:<br>Time: |

## ORDER RENEWING JUDGMENT

The Court having considered the Affidavit of Richard McKnight, Esq. in Support of Renewal of judgment, and good cause appearing,

IT IS HEREBY ORDERED:

The Judgment against Defendants, originally entered on or about April 3, 2001 and renewed on March 14, 2007 in favor of Plaintiffs, FRANK A. ROMANO AND MARIA ROMANO and against Defendant Rudolph LaVecchia in the amount of $2,000,000.00, in favor of Plaintiffs and against Defendant Dianne M. Oakes in the amount of $800,000.00, and in favor of Plaintiffs and against Defendant Rudolph LaVecchia, Jr., in the amount of $190,000.00, and in favor of Plaintiffs and against Defendant Beth A. LaVecchia in the amount of $192,240.09 is hereby RENEWED.

1   Said Renewal shall have the same effect as the Original Judgment.

2   This Order is to be entered Nunc Pro Tunc, effective as of March 6, 2013, the date of

3   filing of the Affidavit of Renewal.

4   Dated this __8__ day of March 2013.

UNITED STATES DISTRICT COURT

_____
United States District Judge

SUBMITTED BY:

THE MCKNIGHT LAW FIRM, PLLC

By: _____
Richard McKnight, Esq.
State Bar No. 1313
528 S. Casino Center Blvd. #335
Las Vegas, Nevada 89101
Attorneys for Plaintiffs