Richard McKnight, Esq.
Nevada Bar No. 001313
THE MCKNIGHT LAW FIRM, PLLC
528 S. Casino Center Blvd. #335
Las Vegas, Nevada 89101
rmcknight@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-4393
```
___FILED       ___RECEIVED
___ENTERED     ___SERVED ON
           COUNSEL/PARTIES OF RECORD

       JUN 2 3 2015

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK A. ROMANO and MARIA ROMANO,<br><br>Plaintiffs,<br><br>vs.<br><br>RUDOLPH LAVECCHIA, DIANNE MARIA LAVECCHIA (N/K/A DIANE MARIE OAKES), RUDOLPH M. LAVECCHIA, BETH AMANDA LAVECCHIA, ARLINE OAKS,<br><br>Defendants. | Case № CV-S-98-1326-KJD (RJJ) |

### *STIPULATION AND DISMISSAL WITH PREJUDICE*

NOW COMES, Plaintiffs, Maria Romano and Frank Romano ("Plaintiffs"), and Defendants, Rudolph LaVecchia, Dianne Maria LaVecchia n/k/a Diane Marie Oakes, Rudolph M. LaVecchia, Beth Amanda LaVecchia and Arline Oaks ("Defendants"), by and through their respective undersigned counsel, hereby stipulate, as follows:

1. Plaintiffs voluntarily dismiss, with prejudice, all claims raised or which could have been raised in this action which commenced on April 12, 2001 against Defendants.

2. The effectiveness of this stipulation of dismissal with prejudice is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the Settlement Agreement reached in this case. As such, the parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement with the effective date of June 9, 2015.

Page 1 of 2

3. Each side agrees to bear his or her own attorneys fees and costs incurred herein.

IT IS SO STIPULATED.

        Respectfully submitted,

        The McKnight Law Firm, PLLC

        /s/ *Richard McKnight*
        Richard McKnight
        Email: rmcknight@lawlasvegas.com
        528 S. Casino Center Blvd.. #335
        Las Vegas, Nevada 89101
        Telephone: (702) 388-7185
        Facsimile: (702) 589-9882
        *Attorneys for Plaintiffs*

AND

        Respectfully submitted,

        /s/ *Deborah B. Baker-Egozi*
        Deborah Baker-Egozi, Esq.
        Email: dbaker@lebfirm.com
        Florida Bar: 294380
        Lipscomb, Eisenberg & Baker, PL
        2 South Biscayne Boulevard
        Penthouse 3800
        Miami, FL 33131
        Telephone: (783) 431-2236
        Facsimile: (786) 431-2229
        *Attorneys for Defendants*

Richard McKnight, Esq.
Nevada Bar No. 001313
THE MCKNIGHT LAW FIRM, PLLC
528 S. Casino Center Blvd. #335
Las Vegas, Nevada 89101
rmcknight@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-4393

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK A. ROMANO and MARIA ROMANO,<br><br>Plaintiffs,<br><br>vs.<br><br>Rudolph LaVecchia, Dianne Maria LaVecchia (n/k/a Diane Marie Oakes), Rudolph M. LaVecchia, Beth Amanda LaVecchia, Arline Oaks,<br><br>Defendants. | Case № CV-S-98-1326-KJD (RJJ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice filed by Plaintiffs Maria Romano and Frank Romano ("Plaintiffs") and Defendants, Rudolph LaVecchia, Dianne Maria LaVecchia n/k/a Diane Marie Oakes, Rudolph M. LaVecchia and Beth Amanda LaVecchia ("Defendants"), on June 19th, 2015. The Court, having reviewed the Stipulation and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

1. This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

. . .

. . .

Page 1 of 2

1    2.    The Court reserves jurisdiction to enforce the terms of the parties Settlement Agreement. Each side agrees to bear his or her own attorneys' fees and costs incurred herein. The Clerk will **close** this case.

Dated: June 23, 2015

_____
DISTRICT COURT JUDGE

Submitted By:

The McKnight Law Firm, PLLC

By:   /s/ Richard McKnight
      Richard McKnight
      528 S. Casino Center Blvd., # 335
      Las Vegas, NV 89101
      (702) 388-7185